IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JIMIE HENDRIX CERVANTES, <br><br> Defendant. | 4:11CR3100 <br><br> **ORDER** |

IT IS ORDERED:

1) The defendant's motion to review detention, (filing no. 56), is granted.

2) The defendant shall comply with all terms and conditions of supervised release which were imposed at sentencing except as follows:

> The defendant shall be released to reside at Saint Francis in Grand Island, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with the requirements of defendant's treatment plan and all rules of the St. Francis facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

3) The defendant shall arrive at St. Francis by 10:00 a.m. on February 25, 2016. Dawson County Jail shall provide the transportation to the facility.

February 24, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge